IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPH MURRAY HAUTMAN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15468

Judge Elaine E. Bucklo

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 86 | YJSMZXD |
| 98 | ZIMALUS |
| 43 | SHILI HOME |
| 61 | Healbrighting |
| 111 | KGJQ |
| 112 | Kmxyo |
| 114 | Pink Season |
| 117 | Cimaronmall |
| 91 | Dmland |
| 87 | Fire Pansy |
| 15 | LEVEIS |
| 20 | Felou |
| 21 | chenzjie3462 |
| 23 | AISSO |
| 25 | DEEYC |
| 38 | GWHZZP |
| 58 | zhengjing4978 |
| 63 | ABrighter |
| 65 | rixnn8663 |
| 72 | chenyd66a |
| 53 | DailyLifeArt |

| | |
|---|---|
| 101 | HommomHArt |
| 102 | SXCHEN |
| 4 | YingYu art |
| 36 | You Are Our Sunshine |
| 109 | ALOTS |
| 40 | Meta Second |
| 115 | OXM MALL |
| 113 | Qouteltyd Bedding |
| 116 | shilonghu co.ltd |
| 3 | DamTma |
| 32 | Nangou |
| 46 | WOOR |
| 60 | ETJOY |
| 24 | NIOOIN |
| 77 | TAFLENV |
| 41 | TERH0GNGIO |
| 118 | RnemiTe-amo |
| 119 | TXFQZL |
| 120 | Moocorvic |
| 121 | Pompotops |
| 122 | Mouliraty |
| 123 | TUTUnaumb |
| 124 | Virmaxy |
| 125 | Zeiyignr |
| 126 | WQQZJJ |
| 127 | XEOVHVLJ |

DATED:  December 13, 2023		Respectfully submitted,

>	*/s/ Keith A. Vogt*
>	Keith A. Vogt (Bar No. 6207971)
>	Keith Vogt, Ltd.
>	33 W. Jackson Blvd., #2W
>	Chicago, Illinois 60604
>	Telephone:312-971-6752
>	E-mail: keith@vogtip.com
>
>	***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 13, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt